Michael Mogan (S.B.N. 304107)
4803 N. Milwaukee Ave
Suite B, Unit #244
Chicago, IL 60630
Telephone: (949) 424-5237
Facsimile: (949)630-0477
mm@michaelmogan.com
*Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Michael Mogan | ) Case No. 2:23-cv-00930 |
| | ) |
| | ) Certificate and Notice of Interested Parties |
| Plaintiff | ) (Local Rule 7.1-1) |
| | ) |
| v. | ) |
| | ) |
| State Bar Of California | ) |
| | ) |
| | ) |

    The undersigned Plaintiff Michael Mogan, certifies that the above-mentioned parties to this action are the only parties that hold a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

February 8, 2023

Respectfully submitted,

*Michael Mogan*
Michael Mogan