Michael Mogan (S.B.N. 304107)
4803 N. Milwaukee Ave
Suite B, Unit #244
Chicago, IL 60630
Telephone: (949) 424-5237
Facsimile: (949)630-0477
mm@michaelmogan.com
*Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Michael Mogan <br><br> Plaintiff <br><br> v. <br><br> State Bar Of California <br><br> Defendant | Case No. 2:23−cv−00930−MWF−PD <br><br> Judge: Hon. Michael W. Fitzgerald <br><br> PROOF OF SERVICE |

1

# CERTIFICATE OF SERVICE

I am over 18 years old. My business address is 4803 N. Milwaukee Ave., Suite B, Unit #244, Chicago, IL 60630. I hereby certify that on March 8, 2023 I have caused the:

1. **FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
2. **PROOF OF SERVICE**

to be served upon counsel of record electronically via the State Bar Of California's email address as stated below upon agreement amongst all parties. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may also access this filing through the Court's electronic system and Plaintiff served the first amended complaint and proof of service filed upon the following person(s):

Brady R. Dewar
Assistant General Counsel
Office of General Counsel
The State Bar of California
180 Howard Street
San Francisco, CA 94105
serviceofprocess@calbar.ca.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 8, 2023

                                                /s/ Michael Mogan
                                                Michael Mogan
                                                        Plaintiff