AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

|  |  |
|---|---|
| Michael Mogan<br><br>*Plaintiff(s)*<br>v.<br>State Bar Of California;<br>    see attached Addendum I.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:23-cv-00930-MWF-PD<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION** (2nd Amended Complaint)

To: *(Defendant's name and address)*

   See attached Addendum II.


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Michael Mogan
   4803 N. Milwaukee Ave
   Suite B, Unit #244
   Chicago, IL 60630

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: August 2, 2023

*Signature of Clerk or Deputy Clerk*

## Addendum I

**Defendants**

1. George Cardona, in his official capacity as Chief Trial Counsel For the State Bar of California, and in his individual capacity;

2. Christopher Jagard, in his official capacity as Deputy Chief Trial Counsel for the Office of the Chief Trial Counsel and in his individual capacity;

3. Kevin Taylor, in his in his official capacity as Assistant Chief Trial Counsel for the Office of the Chief Trial Counsel and in his individual capacity;

4. Elizabeth Stine, in her official capacity as Supervising Attorney and for the Office of the Chief Trial Counsel and in his individual capacity;

5. Leah T. Wilson, in her official capacity as the executive director for the State Bar Of California and in her individual capacity;

6. Ruben Duran, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

7. Brandon Stallings, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

8. Mark Broughton, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

9. Raymond Buenaventura, in his Official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

10. Hailyn Chen, in her official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

11. Jose Cisneros, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

12. Sarah Good, in her official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

13. Gregory Knoll, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

14. Melanie M. Shelby, in her official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

15. Arnold Sowell Jr., in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

16. Mark W. Toney, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

17. Genaro Trejo, in his official capacity as a member of the State Bar of California Board of Trustees and in his individual capacity;

18. Patricia Guerrero, Chief Justice of the California Supreme Court;

19. Carol A. Corrigan, Associate Justice of the California Supreme Court;

20. Goodwin H. Liu, Associate Justice of the California Supreme Court;

21. Leondra R. Kruger, Associate Justice of the California Supreme Court;

22. Joshua P. Groban, Associate Justice of the California Supreme Court;

23. Martin J. Jenkins, Associate Justice of the California Supreme Court;

24. Kelli Eva, Associate Justice of the California Supreme Court.

**Addendum II**

**Defendants' name and addresses**

1. George Cardona, 180 Howard St., San Francisco, CA 94105.
2. Christopher Jagard, 180 Howard St., San Francisco, CA 94105.
3. Kevin Taylor, 180 Howard St., San Francisco, CA 94105.
4. Elizabeth S ne, 180 Howard St., San Francisco, CA 94105.
5. Leah T. Wilson, 180 Howard St., San Francisco, CA 94105.
6. Ruben Duran, 180 Howard St., San Francisco, CA 94105.
7. Brandon Stallings, 180 Howard St., San Francisco, CA 94105.
8. Mark Broughton, 180 Howard St., San Francisco, CA 94105.
9. Raymond Buenaventura, 180 Howard St. San Francisco, CA 94105.
10. Hailyn Chen, 180 Howard St., San Francisco, CA 94105.
11. Jose Cisneros, 180 Howard St., San Francisco, CA 94105.
12. Sarah Good, 180 Howard St., San Francisco, CA 94105.
13. Gregory Knoll, 180 Howard St., San Francisco, CA 94105.
14. Melanie M. Shelby, 180 Howard St., San Francisco, CA 94105.
15. Arnold Sowell Jr., 180 Howard St. San Francisco, CA 94105.
16. Mark W. Toney, 180 Howard St., San Francisco, CA 94105.
17. Genaro Trejo, 180 Howard St., San Francisco, CA 94105.
18. Patricia Guerrero, 350 McCallister Street, San Francisco, CA 94102.
19. Carol A. Corrigan, 350 McCallister Street, San Francisco, CA 94102.
20. Goodwin H. Liu, 350 McCallister Street, San Francisco, CA 94102.
21. Leondra R. Kruger, 350 McCallister Street, San Francisco, CA 94102.
22. Joshua P. Groban, 350 McCallister Street, San Francisco, CA 94102.
23. Martin J. Jenkins, 350 McCallister Street, San Francisco, CA 94102.
24. Kelli Eva, 350 McCallister Street, San Francisco, CA 94102.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: