UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOGAN,<br><br>             Plaintiff,<br><br>     v.<br><br>STATE BAR OF CALIFORNIA,<br><br>             Defendant. | Case No. 2:23–cv–00930–MWF(PDx)<br><br>**ORDER GRANTING STIPULATION REGARDING RESPONSE DATE FOR SECOND AMENDED COMPLAINT AND SETTING SCHEDULE FOR RESPONSIVE MOTIONS** |

The Court, having considered the parties' joint stipulation, and good cause having been shown, hereby grants the joint stipulation and orders as follows:

1. The State Bar of California ("State Bar") shall file and serve its motion to dismiss or other response to Plaintiff's Second Amended Complaint ("SAC") by no later than September 29, 2023. If the individual employees of the State Bar and members of the State Bar Board of Trustees named as defendants in the SAC are served or have waived service prior to September 8, 2023, they shall respond by September 29, 2023 as well.

///

The responsive motions shall notice a hearing date of December 18, 2023.

2. Plaintiff's opposition to any motions filed in response to the SAC shall be filed and served by no later than November 20, 2023.

3. Any reply brief in support of motions filed in response to the SAC shall be filed and served by the State Bar (and, if they have been served or have waived service prior to September 8, 2023, the State Bar employees and members of the State Bar Board of Trustees named as defendants in the SAC) by no later than December 4, 2023.

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge