```
1                    UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

3           HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

4

5
       MICHAEL MOGAN,              )
6                                  )
                Plaintiff,         )
7                                  )
                     vs.           )
8                                  )   2:23-CV-930-MWF
       STATE BAR OF CALIFORNIA, et )
9      al.,                        )
                                   )
10              Defendants.        )
       _____)
11                                 )
                                   )
12

13

14

15                    REPORTER'S TRANSCRIPT OF HEARING

16
                          Los Angeles, California
17
                            Monday, May 8, 2023
18

19

20
                     _____
21
                         AMY DIAZ, RPR, CRR, FCRR
22                       Federal Official Reporter
                         350 West 1st Street, #4455
23                         Los Angeles, CA 90012

24

25       Please order court transcripts here:  www.amydiazfedreporter.com
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
 1    APPEARANCES OF COUNSEL:

 2
      For the Plaintiff:
 3

 4              LAW OFFICE OF MICHAEL MOGAN
                By:  Michael Mogan, Attorney at Law
 5              4803 North Milwaukee Avenue, Suite B, Unit 24
                Chicago, Illinois 60630
 6

 7
      For the Defendants:
 8
                STATE BAR OF CALIFORNIA
 9              OFFICE OF GENERAL COUNSEL
                By:  Brady Dewar, Attorney at Law
10              180 Howard Street
                San Francisco, California 94105
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
09:03:58   1              THE CLERK:  Calling item number one, case number
09:04:01   2   CV-23-930-MWF, Michael Mogan vs. State Bar of California.
09:04:07   3              Counsel, please state your appearance for the
09:04:09   4   record, beginning with plaintiff.
09:04:12   5              MR. MOGAN:  Good morning, Your Honor.  Michael Mogan
09:04:14   6   appearing pro se.
09:04:14   7              THE COURT:  Good morning, Mr. Mogan.
09:04:17   8              MR. DEWAR:  Good morning, Your Honor.  Brady Dewar
09:04:20   9   for the State Bar of California.
09:04:21  10              THE COURT:  Good morning, Mr. Dewar.
09:04:23  11              In light of the tentative, I've -- here first,
09:04:32  12   Mr. Mogan, you know, since the tentative won't be on the
09:04:34  13   record, let me just say that my tentative conclusion is that
09:04:38  14   the Eleventh Amendment does apply here, and that sovereign
09:04:43  15   immunity deprives me of jurisdiction; and therefore --
09:04:48  16   because the State Bar is an arm of the State of California.
09:04:54  17   Since the -- so there would be a dismissal, and I believe
09:04:59  18   that dismissal should be without leave to amend, because the
09:05:03  19   grounds offered by Mr. Mogan would appear to be futile, and,
09:05:09  20   you know, we have been going at this previously.
09:05:14  21              However, since the dismissal would be without
09:05:17  22   prejudice, because again, I don't have jurisdiction to decide
09:05:21  23   the merits of this dispute.
09:05:23  24              So anyway, that is the tentative.  Mr. Mogan, let me
09:05:27  25   hear what you have to say.
```

| | |
|---|---|
| 1  09:05:29 | MR. MOGAN:  Sure.  And thank you for the tentative. |
| 2  09:05:31 | And obviously, ADA claims are new to me.  I did research the |
| 3  09:05:35 | complaint before I filed it. |
| 4  09:05:37 | There is a Section 42 U.S. Code 12203(a) and (b), |
| 5  09:05:44 | which essentially allows for damages for retaliation.  And |
| 6  09:05:50 | essentially, if individuals interfere with a request for a |
| 7  09:05:56 | reasonable accommodation, I've had a further -- I've had |
| 8  09:06:01 | further events occur since I filed my opposition to the |
| 9  09:06:05 | motion to dismiss. |
| 10 09:06:06 | I essentially sat in and I was called in to a |
| 11 09:06:12 | settlement conference.  I didn't want to talk on the phone, |
| 12 09:06:14 | on the video because of my condition.  It actually causes |
| 13 09:06:17 | adverse effects for long periods.  It went on for over an |
| 14 09:06:20 | hour.  I'm okay now. Obviously, if I wasn't, I would tell |
| 15 09:06:24 | you.  I literally started having tremors.  I literally |
| 16 09:06:29 | collapsed on the same table. |
| 17 09:06:31 | And essentially, the judge just let it go on and on |
| 18 09:06:35 | and on, and the trial counsel didn't do that.  And so we have |
| 19 09:06:39 | now additional facts. |
| 20 09:06:41 | I also have new evidence of why this all happened. |
| 21 09:06:44 | And the tentative essentially seems to imply that I filed an |
| 22 09:06:48 | ADA claim because they filed disciplinary charges.  The State |
| 23 09:06:52 | Bar is trying to charge me because a woman perjured herself. |
| 24 09:06:56 | That is their prerogative.  I'll deal with it in due process. |
| 25 09:06:59 | What the basis of the complaint is, every single |

09:07:01  time I asked for a reasonable accommodation, there is no
09:07:03  interactive process, the answer is always no.  I'm being hit
09:07:08  with threats, intimidation one after another.
09:07:13          So I don't know what to do here.  I understand that
09:07:16  you can file an ADA claim in the State Court here, but this
09:07:19  is -- this is ongoing.  And I'm not asking for the Federal
09:07:23  Court to issue a -- to grant me an extension.  I can ask the
09:07:27  State Bar.  And if they don't do that, and I can seek
09:07:30  whatever remedies I can here.
09:07:33          And so that seems to be -- you know, maybe it's my
09:07:36  opposition or the complaint, I think I should be at least
09:07:40  granted leave to amend for that purpose.  I don't even need
09:07:43  additional oral argument.
09:07:45          Secondly, there is a case, *North Carolina State*
09:07:47  *Board of Dental Examiners vs. FTC*, and excuse me for -- it
09:07:54  basically -- state licensing boards can be held liable for
09:08:01  federal -- violations of federal antitrust law.
09:08:04          So I do know what led -- the State Bar is
09:08:08  essentially communicating with three or four different
09:08:10  attorneys, who I think in total have filed 11 sanctions
09:08:15  motions against me for over a half a million dollars.
09:08:17          And one of them is granted in State Court, a second
09:08:22  one was granted, essentially overruling that RICO claims
09:08:27  aren't barred by litigation privilege.  It's going up to the
09:08:30  Ninth Circuit Court of Appeals.  I have requested an en banc

```
09:08:33   1    hearing.
09:08:34   2              So that all led to this.  And so we have -- we have
09:08:38   3    essentially the State Bar acting under the direction of a few
09:08:43   4    lawyers, one Arizona law firm that actually went out of
09:08:46   5    business.  Multiple instances of unlawful conduct that I gave
09:08:51   6    evidence to the State Bar from.  And so I honestly would like
09:08:55   7    to add a claim under Section 1 of the antitrust law, a
09:09:00   8    violation of the Sherman Act.  And excuse me, I've never
09:09:02   9    filed a claim for that.
09:09:05  10              Secondly, the -- I did read the tentative about
09:09:08  11    the -- forgive me for not knowing the exact name of the case,
09:09:13  12    but the Oregon State Bar case about the constitutionality of
09:09:15  13    the bar dues.  And I'm not sure that the Oregon State Bar has
09:09:21  14    been embroiled in the same type of controversy that the
09:09:25  15    California Bar is.
09:09:27  16              There is a criminal RICO case in the Seventh
09:09:30  17    District, which I am -- and also in the Central District.
09:09:33  18    It's my understanding there is also a Rico civil action
09:09:33  19    against the State Bar that has also gone all the way to
09:09:36  20    summary judgment in the San Diego Federal District Court.
09:09:39  21              And so I think if I can plead that better, and at
09:09:45  22    least you can take a look at it, because otherwise, I'm
09:09:47  23    essentially telling you in my opposition motion to dismiss,
09:09:51  24    here is the claims, without actually pleading anything.  And
09:09:58  25    it's essentially almost dismissed with prejudice in that
```

```
1  09:10:01  regard.
2  09:10:02            So I'm just asking, you know, usually liberally we
3  09:10:05  are supposed to at least be granted leave to amend once, and
4  09:10:09  I don't necessarily see any harm in that if it doesn't
5  09:10:13  involve discovery.  I can outline the discovery that I would
6  09:10:16  need for that reason.
7  09:10:17            Furthermore, it also seems the tentative, I
8  09:10:19  understand what you are saying about the sovereign immunity
9  09:10:23  under Title II, at least for injunctive relief, separate from
10 09:10:28  what I mentioned about 12203(a) and (b).  I'm not sure that
11 09:10:34  is a blanket application to the 1983 claim.  And I don't
12 09:10:38  believe that is a rational basis review, I believe that is
13 09:10:41  intermediate.
14 09:10:42            I essentially had a -- this comes into play with
15 09:10:43  the -- my interference, the 12203 damages.  I literally had
16 09:10:50  a -- I had to send my medical records to the judicial officer
17 09:10:54  of the State Bar, just so she can understand what is going
18 09:10:57  on.  If you allow me to amend the complaint, what I can offer
19 09:11:01  to do is send it in seal, opposing counsel has seen it, so I
20 09:11:05  don't see any harm in you seeing it.
21 09:11:07            She then purported to give it to the other side, who
22 09:11:12  was the Andrews Rico (ph), who has been removed from this
23 09:11:17  case.  He read it over, and he essentially later on in a
24 09:11:23  conversation he said because I'm permanently disabled, I
25 09:11:25  shouldn't have a reasonable accommodation.  And then he made
```

09:11:30  1  some -- I don't have a transcript -- some offhand comment
09:11:34  2  about if I'm just given 15-minute water breaks, I should be
09:11:38  3  fine, which is egregious.
09:11:40  4          And I don't know that that is -- I'm not asking for
09:11:45  5  injunctive relief in that regard, and I'm not asking the
09:11:48  6  Court to -- usually Federal Courts won't interfere with
09:11:52  7  disciplinary proceedings.  It's more so time after time after
09:11:55  8  time I ask for a reasonable accommodation, and the answer is
09:11:58  9  always no, and they don't even want to discuss it.  And so I
09:12:02 10  think I can plead that better.  There is other requests that
09:12:04 11  I've made.
09:12:06 12          And I think with that, I just again want to
09:12:12 13  respectfully ask for leave to amend for the damages under 42
09:12:17 14  USC 12203, and then the antitrust law.
09:12:22 15          And in regards to the Oregon State Bar dues being
09:12:25 16  constitutional, I just don't think Oregon has been embroiled
09:12:30 17  in the same controversy as California.  Hopefully it stops,
09:12:33 18  but in my case, I've seen the worst of it, unfortunately.
09:12:36 19          Thank you.
09:12:36 20          THE COURT:  Thank you, Mr. Mogan.
09:12:38 21          So let me hear from the State Bar.
09:12:40 22          MR. DEWAR:  Sure, Your Honor.
09:12:42 23          We would urge you to adopt your tentative.  Largely,
09:12:49 24  what I heard just there was kind of fell into two buckets.
09:12:55 25          First of all, Sherman Act, unconstitutionality of

09:12:58   1  claims, you know, those are sort of new allegations.  They
09:13:02   2  are not even really related to sort of the facts and
09:13:05   3  occurrences, or the transaction at issue here.  So there
09:13:08   4  would be no relation back.
09:13:10   5          If he has a brand new case against the State Bar, he
09:13:13   6  is certainly free to allege that in a new lawsuit.  I don't
09:13:17   7  think that there will be abuse of discretion for Your Honor
09:13:20   8  to find that amendment to, you know, assert entirely new
09:13:26   9  claims would be so here.
09:13:29  10          And as long as we are on the phone, for that Sherman
09:13:32  11  Act, I would urge Mr. Mogan to take a look at the Supreme
09:13:36  12  Court's antitrust policy, which sets forth the actual
09:13:40  13  procedure for making antitrust claims, which he would need to
09:13:44  14  follow before bringing suit.
09:13:46  15          The second bucket is, I guess, the ADA claims.  And
09:13:50  16  indeed, Mr. Mogan has not addressed the basic problem here
09:13:53  17  with his complaint, which is that there is no jurisdiction or
09:13:57  18  ADA claims against the State Bar as an arm of the State.  And
09:14:02  19  I didn't hear anything in his argument that changes that
09:14:06  20  basic fact.
09:14:08  21          You know, again, without commenting on any of the
09:14:11  22  factual allegations, Mr. Mogan is engaged in a disciplinary
09:14:15  23  proceeding that is supervised by the Supreme Court.  At any
09:14:20  24  stage of any decision, he can petition the California Supreme
09:14:22  25  Court, and the Eleventh Amendment recognizes those principles

```
09:14:27   1   of federalism that these courts, your court, lets that
09:14:29   2   process play forward in the state system.
09:14:32   3           So with that --
09:14:34   4           THE COURT:  Well, there is sort of a third bucket,
09:14:36   5   or maybe a two and a half bucket, because it might relate to
09:14:39   6   the earlier one, which is the Kohler claim.  You know, what
09:14:46   7   Mr. Mogan is saying is that I shouldn't be so hasty as to say
09:14:49   8   that that is futile here, because what happened, the case
09:14:54   9   which was saying that Kohler is still good law despite what
09:15:00  10   the Supreme Court has done, does not necessarily then dispose
09:15:04  11   of this issue entirely.
09:15:06  12           And which suggests -- so I guess one thing on what
09:15:10  13   you are saying is, well, even if that was true, then that
09:15:13  14   should just be brought as a separate lawsuit.  I mean, there
09:15:16  15   is no question I would have jurisdiction over that.  There is
09:15:18  16   no question that it's a Federal Court issue.
09:15:20  17           But if I understand you correctly, what you are
09:15:22  18   saying is that would be something that could just be brought
09:15:26  19   in a separate lawsuit, because it doesn't relate back to what
09:15:28  20   is happening in regard to this.
09:15:31  21           MR. DEWAR:  Right.
09:15:32  22           And then in that case, whichever District Court
09:15:34  23   could dismiss it on the merits, because whatever you say
09:15:36  24   about Oregon, Kohler is still good law, and that is, you
09:15:40  25   know, it was replied to something raised in the Tenth, the
```

```
 1  09:15:44   Fifth, the Seventh, all circuits.  After Janus, that argument
 2  09:15:48   was raised across the country, and has been unanimously
 3  09:15:53   rejected in courts much more conservative, shall we say, than
 4  09:15:58   the Ninth.
 5  09:16:00              THE COURT:  Thank you.
 6  09:16:01              Mr. Mogan, what response would you like to make to
 7  09:16:04   the State Bar's arguments?
 8  09:16:07              MR. MOGAN:  So I think at least for the Oregon, the
 9  09:16:10   constitutionality of the State Bar dues, I think I would have
10  09:16:13   to file a complaint.  I would have to relate the case back to
11  09:16:17   you.  And I do believe there is an overlap on really all the
12  09:16:21   facts.  I mean, at least the way I have been treated.  So I
13  09:16:25   don't think it's very -- it's completely different.
14  09:16:28              As far as the opposing counsel mentioned the
15  09:16:33   Sovereign Immunity Doctrine, which I guess I didn't address
16  09:16:37   that much, but I do believe it's a question of fact.  And
17  09:16:41   just because the way I have been treated by the State Bar,
18  09:16:44   these additional events that have occurred to me, and then I
19  09:16:47   also have -- I have me being treated differently than other
20  09:16:53   attorneys.  And I think I can allege that that should be
21  09:16:59   something revisited after discovery.  It's just a very unique
22  09:17:05   situation.
23  09:17:05              Let me -- there is one allegation in there saying
24  09:17:08   that I was threatened with disbarment by an attorney at a
25  09:17:13   very large firm.  I cannot get an answer of the status of my
```

|  |  |
|---|---|
| 1 09:17:18 | complaint.  I can't get a response why nothing has been done. |
| 2 09:17:23 | I have given this same individual evidence of an attorney |
| 3 09:17:27 | perjuring herself.  They dropped their complaint; yet I'm |
| 4 09:17:33 | being disciplined for filing a, they say I filed one |
| 5 09:17:36 | frivolous motion in eight years. |
| 6 09:17:38 | And so I don't believe that the -- in this instance, |
| 7 09:17:42 | the State Bar is acting as an arm of the State, because the |
| 8 09:17:45 | California Supreme Court would never treat me like this, in |
| 9 09:17:49 | my limited experience I have had with them.  And I think I |
| 10 09:17:52 | can allege that better.  And again, I think with the, at |
| 11 09:17:57 | least the sovereign immunity and the 1983 claim, I don't |
| 12 09:18:00 | believe that is a rational basis review. |
| 13 09:18:02 | So I would rather, at least for the damages in |
| 14 09:18:11 | 12203, and then the Sherman Antitrust Act, I will research |
| 15 09:18:14 | that further.  I've never done an antitrust claim. |
| 16 09:18:18 | But I think I have a viable claim, and I don't think |
| 17 09:18:22 | it's -- it would expend more judicial resources.  Even |
| 18 09:18:28 | opposing counsel would have to file a, you know, I think an |
| 19 09:18:33 | extra motion to dismiss, et cetera.  And if we did it all in |
| 20 09:18:36 | one proceeding, I don't know any harm. |
| 21 09:18:37 | I will research the law and everything you mentioned |
| 22 09:18:39 | in the tentative.  And I would prefer just to do it in a |
| 23 09:18:44 | Second Amended Complaint. |
| 24 09:18:46 | THE COURT:  All right.  Thank you, Mr. Mogan. |
| 25 09:18:48 | I'm going to take the matter under submission, and |

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

| | |
|---|---|
| 1 09:18:52 | consider the arguments that have been made both on the |
| 2 09:18:54 | merits, and then whether leave should be granted to amend. |
| 3 09:19:02 | And part of it, as Mr. Mogan correctly stated, it |
| 4 09:19:06 | becomes, to a degree, a certain case management issue, you |
| 5 09:19:09 | know, is it -- does it make sense, or is it fair to -- let's |
| 6 09:19:13 | say Mr. Mogan has to come up with another filing fee for an |
| 7 09:19:17 | entirely different lawsuit when this one is already going, |
| 8 09:19:19 | and it is certainly possible that it does relate back. |
| 9 09:19:22 | On the other hand, I understand why the State Bar |
| 10 09:19:26 | would want to keep it focused on what it is that has brought |
| 11 09:19:30 | us here. |
| 12 09:19:31 | So I'll take the matter under submission and get a |
| 13 09:19:34 | written ruling out to you as soon as I can. |
| 14 09:19:38 | Mr. Mogan, I just -- you know, it's not my place to |
| 15 09:19:42 | practice law here, I gave up the right to do that when I |
| 16 09:19:45 | became a judge, but the tentative reflects the fact that if I |
| 17 09:19:49 | stuck entirely with the reasoning I have here, which I may or |
| 18 09:19:53 | may not, then it would be an entry of judgment.  So, you |
| 19 09:19:56 | know, you wouldn't -- don't expect there to be a separate, |
| 20 09:19:59 | formal judgment.  That would be the entry of judgment. |
| 21 09:20:02 | So whatever it is that you would want to do |
| 22 09:20:05 | vis-a-vis filing a Notice of Appeal, and you should keep that |
| 23 09:20:08 | in mind.  It will say there, you know, that -- have that |
| 24 09:20:12 | language at the end, "This is the entry of judgment."  So |
| 25 09:20:14 | just be -- when I do issue a written order, then be on the |

```
09:20:18   1   lookout for that if I continue to be of the belief that that
09:20:22   2   is what should happen.
09:20:23   3           Anyway, I've got to think about it first.  So thank
09:20:26   4   you very much, counsel.
09:20:27   5           MR. MOGAN:  Thank you everyone.  Have a good day.
09:20:30   6           MR. DEWAR:  Thank you, Your Honor.
           7                   *****     *****     *****
           8
           9   I certify that the foregoing is a correct transcript from the
          10   record of proceedings in the above-titled matter.
          11
          12
          13
          14   ---------------------------
          15
          16   Amy C. Diaz, RPR, CRR                July 2, 2024
          17   S/  Amy Diaz
          18
          19
          20
          21
          22
          23
          24
          25
```